# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| APMC HOTEL MANAGEMENT, LLC, d/b/a ALEXIS PARK RESORT,<br><br>    Plaintiff,<br><br>v.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND; DOE DEFENDANTS 1-10,<br><br>    Defendant. | 2:09-cv-02100-LDG-RJJ<br><br>**ORDER** |

THE COURT HEREBY ORDERS that defendant Fidelity and Deposit Company of Maryland's unopposed motion to seal the initial opposition to the motion to remand (#14) is GRANTED.

DATED this ___ day of September, 2010.

_____
Lloyd D. George
United States District Judge