# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| APMC HOTEL MANAGEMENT, LLC, | 2:09-cv-2100-LDG-VCF |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | |
| Defendant. | |

Defendant Fidelity and Deposit Company of Maryland's motion having come before the court and the court having considered the issues therein and rendered its decision (#41),

THE COURT HEREBY ORDERS that judgment is ENTERED in favor of defendant Fidelity and Deposit Company of Maryland and against plaintiff APMC Hotel Management. LLC.

Dated this ____ day of December, 2011.

_____
Lloyd D. George
United States District Judge