Robert J. Berens (Nevada Bar No. 9510)
Joseph D. Estes (Nevada Bar No. 8446)
**MANN, BERENS & WISNER, LLP**
3300 N. Central Avenue, Suite 2400
Phoenix, Arizona  85012-2513
Telephone:  (602) 258-6200
Facsimile:  (602) 258-6212
E-mail: rberens@mbwlaw.com
jestes@mbwlaw.com

*Attorneys for Defendant Fidelity and Deposit Company of Maryland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| APMC HOTEL MANAGEMENT, LLC, d/b/a ALEXIS PARK RESORT, <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY AND DEPOSIT COMPANY OF MARYLAND; DOE DEFENDANTS 1-10, <br><br> Defendant. | Case No. 2:09-cv-02100-LDG-LRL <br><br> **DEFENDANT'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR ATTORNEYS' FEES AND ITS BILL OF COSTS** |

COMES NOW Defendant Fidelity and Deposit Company of Maryland ("**F&D**"), by and through undersigned counsel, and hereby withdraws its Motion for Attorneys' Fees filed on November 28, 2011, Doc. No. 43 and its Bill of Costs filed on November 28, 2011, Doc. No. 42.

RESPECTFULLY SUBMITTED this 12th day of December, 2011.

**MANN, BERENS & WISNER, LLP**


By: /s/      *Joseph D. Estes*
    Robert J. Berens, Esq.
    Joseph D. Estes, Esq.
    *Attorneys for Fidelity and Deposit Company of Maryland*


ORDER

IT IS SO ORDERED.

DATED this 13 day of December, 2011.

_____
Lloyd D. George
Sr. U.S. District Judge